JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Metropolitan Life Insurance Company,*

          **Plaintiff,**

    v.

*Lois M. Johnson, et al.*

          **Defendants.**

CASE NO. CV 12-6228-GHK (MANx)

JUDGMENT

    Pursuant to the Court's April 17, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Metropolitan Life Insurance Company is hereby discharged and relieved of further responsibility or liability to Defendants Lois M. Johnson, aka Lois Parker; Monica Parker; and Janitchka Parker, with regard to the Plan Benefits under Decedent Johnnie L. Parker's AT&T Company Retiree Life Insurance Plan.

    The Clerk shall disburse the Plan Benefits plus interest in the total amount of $57,972.60 as follows: (1) 50% ($28,986.30) to Lois M. Johnson, aka Lois Parker; and (2) 50% ($28,986.30) to Janitchka Parker.

    **IT IS SO ORDERED.**

    DATED: April 18, 2013

                              GEORGE H. KING
                          Chief United States District Judge